IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEVE MARTINEZ,

       Plaintiff,

vs.                                                                                        No. CIV 23-0889 JB/KK

MARTIN O'MALLEY, Commissioner of
the Social Security Administration,

       Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Order, filed May 16, 2024 (Doc. 23)("Order"). In the Order, the Court remands the case to Defendant Commissioner of the Social Security Administration for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g). Given that there are no more parties, claims, or issues before the Court, the Court remands this action to the Commissioner of Social Security and, pursuant to rule 58 of the Federal Rules of Civil Procedure, enters Final Judgment, disposing of this case.

**IT IS ORDERED** that: (i) this case is remanded to Defendant Commissioner of the Social Security Administration for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g); and (ii) Final Judgment is entered.

                                                                                                          _____
                                                                                                          UNITED STATES DISTRICT JUDGE

*Counsel:*

Benjamin Eilers Decker
Decker Griffel LLC

Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Jessica Milano
Social Security Administration
Baltimore, Maryland

    *Attorneys for the Defendant*